**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DENNIS JACOBS**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

## NOTICE OF REQUEST FOR ADDITIONAL PAPER COPIES OF THE APPENDIX

Pursuant to Local Rule 25.3, the Clerk requests that three additional paper copies of the Appendix and/or Joint Appendix be filed with the Court either when the Appendix or Joint Appendix is filed or within seven days of the date of this notice if the Appendix or Joint Appendix has already been filed.